**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                              Chapter 13

Gregory Swope and Sherrell Swope                    No.   12-29337

           Debtor                                   Hon.  Timothy A. Barnes

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 23, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                              _____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Pamela V. Manicioto and Marilyn O. Marshall on February 23, 2017.

                              _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Gregory Swope and Sherrell Swope
22719 S. Millard Avenue
Richton Park, IL 60471

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Pamela V. Manicioto
Robert J. Semrad & Associates, LLC.
20 South Clark 28th Floor
Chicago, IL 60603